# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY R. RYLAND,<br><br>  Petitioner,<br><br>  v.<br><br>DIRECTOR OF BUREAU OF PRISONS,<br><br>  Respondent. | Case No. 1:23-cv-01191-EPG-HC<br><br>ORDER DIRECTING CLERK OF COURT TO FILE DOCUMENT AS SUPPLEMENT TO PETITION IN <u>RYLAND V. DIRECTOR OF BUREAU OF PRISONS</u>, CASE NO. 1:23-cv-01211-SAB |

On October 6, 2023, Petitioner filed exhibits regarding D.C. Code offenders being housed in federal prisons, literacy programming credits, and sentence computation. (ECF No. 7.) However, the habeas petition in the instant proceeding does not involve these issues but rather alleges that staff members at USP Terre Haute conspired to violate Petitioner's religious rights and prevented him from completing the Life Connection Program. (ECF No. 1 at 6.)[1] Petitioner has another pending habeas petition in <u>Ryland v. Director of Bureau of Prisons</u>, No. 1:23-cv-01211-SAB, which concerns Petitioner's custody classification, sentence computation, and education good time credits. (Petition, <u>Ryland v. Director of Bureau of Prisons</u>, No. 1:23-cv-01211-SAB, ECF No. 1 at 3–4.)

///

///

---

[1] Page numbers refer to the pagination stamped at the top of the page.

Accordingly, the Clerk of Court is DIRECTED to file the exhibits (ECF No. 7) as a supplement to the petition in Ryland v. Director of Bureau of Prisons, No. 1:23-cv-01211-SAB.

IT IS SO ORDERED.

Dated: __October 18, 2023__            /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE