UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY R. RYLAND,<br><br>    Petitioner,<br><br>    v.<br><br>DIRECTOR OF BUREAU OF PRISONS,<br><br>    Respondent. | Case No. 1:23-cv-01191-JLT-EPG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENT'S MOTION TO RELATE CASES, RELATING AND REASSIGNING CASES, GRANTING LEAVE TO AMEND, AND DIRECTING CLERK OF COURT TO MAIL BLANK § 2241 PETITION TO PETITIONER<br><br>(Doc. 17, 19) |
| COREY R. RYLAND,<br><br>    Petitioner,<br><br>    v.<br><br>DIRECTOR OF BUREAU OF PRISONS,<br><br>    Respondent. | Case No. 1:23-cv-01211-SAB<br>New Case No. 1:23-cv-01211-JLT-EPG<br><br>ORDER CONSTRUING PETITION AS MOTION TO AMEND IN RELATED CASE *RYLAND V. DIRECTOR OF BUREAU OF PRISONS*, NO. 1:23-CV-01191-JLT-EPG, AND ADMINISTRATIVELY CLOSING CASE |

Petitioner Corey R. Ryland is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 15, 2024, in *Ryland v. Director of Bureau of Prisons*, No. 1:23-cv-01191-JLT-EPG, the magistrate judge issued Findings and Recommendations that recommended: granting Respondent's motion to relate cases; relating *Ryland*, No. 1:23-cv-01191-JLT-EPG, and *Ryland v.*

1

*Director of Bureau of Prisons*, No. 1:23-cv-01211-SAB; construing the petition filed in *Ryland*, No. 1:23-cv-01211, as a motion to amend in *Ryland*, No. 1:23-cv-01191; granting Petitioner leave to amend the petition in *Ryland*, No. 1:23-cv-01191; and administratively closing *Ryland*, No. 1:23-cv-01211. (Doc. 19.) The Court served the Findings and Recommendations on the parties with notice that any objections were to be filed within 30 days. (*Id.* at 4.) The parties were warned that failure to timely file objections may waive the right to appeal the order. (*Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) To date, no objections have been filed, and the time for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on April 15, 2024 (Doc. 19) are **ADOPTED IN FULL**.
2. Respondent's motion to relate cases (Doc. 17) is **GRANTED**.
3. Case No. 1:23-cv-01211-SAB is reassigned to U.S. Magistrate Judge Erica P. Grosjean and U.S. District Judge Jennifer L. Thurston.
4. The petition filed in *Ryland*, No. 1:23-cv-01211, is construed as a motion to amend the petition in *Ryland*, No. 1:23-cv-01191.
5. Petitioner is granted leave to amend the petition in *Ryland*, No. 1:23-cv-01191, within 30 from the date of service of this order.
6. The Clerk of Court is directed to mail a blank § 2241 petition to Petitioner.
7. The Clerk of Court is directed to administratively close *Ryland*, No. 1:23-cv-01211.

IT IS SO ORDERED.

Dated:   **July 17, 2024**

UNITED STATES DISTRICT JUDGE

2