# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| COREY R. RYLAND,<br><br>Petitioner,<br><br>v.<br><br>DIRECTOR OF BUREAU OF PRISONS,<br><br>Respondent. | Case No. 1:23-cv-01191-JLT-EPG-HC<br><br>ORDER DIRECTING RESPONDENT TO RESPOND TO PETITIONER'S MOTION TO APPOINT COUNSEL<br><br>ORDER DIRECTING CLERK OF COURT TO MAIL PETITIONER COPY OF MOTION TO DISMISS (ECF No. 33) |
|---|---|

Petitioner Corey R. Ryland is a federal prisoner proceeding *pro se* with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On December 20, 2024, Respondent filed a motion to dismiss the First Amended Petition ("FAP"). (ECF No. 33.) On January 24, 2025, the Court received the instant motion to appoint counsel wherein Petitioner asserts that he is dealing with a "campaign of harassment" and retaliation by staff members at his facility. (ECF No. 34.) Petitioner alleges that staff are withholding and delaying his legal mail[1] and that he has been denied access to the law library. Petitioner accordingly requests that the Court appoint counsel so that he may overcome these obstacles.

////

---

[1] For example, Petitioner did not receive the Court's November 25, 2024 order until January 16, 2025.

1

Based on the foregoing, the Court HEREBY ORDERS:

1. Within FOURTEEN (14) days of the date of service of this order, Respondent SHALL FILE a response to Petitioner's motion to appoint counsel (ECF No. 34) and address Petitioner's allegations of harassment, delayed mail, and denial of access to the law library;
2. Within FOURTEEN (14) days of the date of service of Respondent's response, Petitioner MAY FILE a reply; and
3. The Clerk of Court is DIRECTED to mail a copy of Respondent's motion to dismiss (ECF No. 33) to Petitioner.

IT IS SO ORDERED.

Dated: **January 27, 2025**          /s/ Erica P. Grosjean
                    UNITED STATES MAGISTRATE JUDGE