# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

COREY R. RYLAND,

        Petitioner,

    v.

DIRECTOR OF BUREAU OF PRISONS,

        Respondent.

Case No. 1:23-cv-01191-JLT-EPG-HC

ORDER DIRECTING CLERK OF COURT TO MAIL PETITIONER COPY OF RESPONDENT'S RESPONSE TO PETITIONER'S MOTION TO APPOINT COUNSEL (ECF No. 38)

Petitioner Corey R. Ryland is a federal prisoner proceeding *pro se* with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On December 20, 2024, Respondent filed a motion to dismiss the First Amended Petition ("FAP"). (ECF No. 33.) On January 24, 2025, the Court received Petitioner's motion to appoint counsel wherein Petitioner asserts that he is dealing with a "campaign of harassment" and retaliation by staff members at his facility. (ECF No. 34.) On January 27, 2025, the Court set a briefing schedule on the motion to appoint counsel. (ECF No. 35.) The Court granted an extension of time, and on February 28, 2025, Respondent filed a response to the motion to appoint counsel. (ECF No. 38.)

On March 13, 2025, the Court received Petitioner's notice of change of address. (ECF No. 39.) The certificate of service attached to Respondent's response indicates that the response was served on Petitioner at his former address. (ECF No. 38 at 4.)

1    Accordingly, the Court HEREBY ORDERS:

2    1.  The Clerk of Court is DIRECTED to mail a copy of Respondent's response (ECF No. 38)

3        to Petitioner at his new address; and

4    2.  Within FOURTEEN (14) days of the date of service of this order, Petitioner MAY FILE

5        a reply.

6
     IT IS SO ORDERED.
7

8    Dated:    **March 17, 2025**                    /s/ _Erica P. Grosjean_

9                                              UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28