# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY R. RYLAND,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DIRECTOR OF BUREAU OF PRISONS,<br><br>　　　　Respondent. | Case No. 1:23-cv-01191-JLT-EPG-HC<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT SIGNED FANELLO DECLARATION |

Petitioner Corey R. Ryland is a federal prisoner proceeding *pro se* with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Respondent has filed a motion to dismiss the First Amended Petition ("FAP"). (ECF No. 33.) Attached thereto is a Declaration of Stacy Fanello. (App. 79–87, ECF No. 16-1 at 80–88.) However, the declaration is not signed. (App. 87, ECF No. 16-1 at 88.)

Accordingly, the Court HEREBY ORDERS that within SEVEN (7) days of the date of service of this order, Respondent SHALL FILE a signed Declaration of Stacy Fanello.

IT IS SO ORDERED.

Dated: **June 20, 2025**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE