# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY R. RYLAND, | Case No. 1:23-cv-01191-JLT-EPG-HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO FILE A RESPONSE TO PETITIONER'S MOTION TO COMPEL |
| v. | |
| DIRECTOR OF BUREAU OF PRISONS, | |
| Respondent. | |

On October 7, 2025, Petitioner filed a motion to compel Respondent to provide Petitioner with his legal property. (ECF No. 56.)

IT IS HEREBY ORDERED that Respondent SHALL file a response to the motion to compel within FOURTEEN (14) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **October 8, 2025**         /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE