# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY R. RYLAND,<br><br>       Petitioner,<br><br>      v.<br><br>DIRECTOR OF BUREAU OF PRISONS,<br><br>       Respondent. | Case No. 1:23-cv-01191-JLT-EPG-HC<br><br>ORDER DENYING PETITIONER'S MOTION TO COMPEL AS MOOT<br><br>ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE AMENDED RESPONSE<br><br>(ECF Nos. 56, 59) |

Petitioner has filed a motion to compel Respondent to provide Petitioner with his legal property. (ECF No. 56.) Per the Court's order, (ECF No. 57), Respondent filed a response, (ECF No. 63). Therein, Respondent states:

> It appears at the time Ryland filed his motion to compel that he had recently been transferred to USP Hazelton in West Virginia. According to BOP records, Ryland had three boxes of personal property, one of which contained legal materials and was listed as "1 Box Legal Materials." *See* Exhibit 1, Vickers Declaration at 3. All three boxes were delivered to USP Hazelton. *Id*. Furthermore, Ryland signed as receiving "1 Box Legal Materials" on November 4, 2025. *Id*. There is no reference in BOP records to any lost or missing property. *Id*.

(ECF No. 63 at 1.) Respondent requests the Court to deny the motion to compel as moot because Petitioner has now received his property. (Id. at 1–2.) As the record before this Court demonstrates that Petitioner has received his legal property, the Court will deny the motion to compel as moot.

Petitioner has also filed a motion for leave to file an amended response to Respondent's motion to dismiss along with the amended response. (ECF No. 59.) The Court will grant the motion and will consider Petitioner's amended response in due course.

Accordingly, the Court HEREBY ORDERS that:

1. Petitioner's motion to compel (ECF No. 56) is DENIED as MOOT; and

2. Petitioner's motion for leave to file an amended response (ECF No. 59) is GRANTED.

IT IS SO ORDERED.

Dated:   **January 29, 2026**          /s/ _Erica P. Grosjean_
UNITED STATES MAGISTRATE JUDGE

2